76936
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/18/2015 10:37:06 AM
Accepted 12/18/2015 10:45:49 AM
ABEL ACOSTA
CLERK

**APPEAL NO. 76,936**

**In The Court of Criminal Appeals of Texas**

*Granted*
*PC*
*12-21-15*

**TERENCE TRAMAINE ANDRUS, Appellant**

**v.**

**THE STATE OF TEXAS, Appellee.**

**On Appellant's Direct Appeal
From the 240th Judicial District Court,
of Fort Bend County Texas,
Appeal No. 76,936,
Cause No. 09-DCR-051034.**

## FIRST MOTION FOR EXTENSION OF TIME TO FILE THE MOTION FOR REHEARING FOR APPELLANT, TERENCE TRAMAINE ANDRUS, IN ACCORDANCE WITH T.R.A.P., RULE 10.5(b)

To the Honorable Justices of the Court of Criminal Appeals:

Comes now Appellant, Terence Tramaine Andrus, by and through his attorney of record, Cary M. Faden, and moves this Court for an extension of time to file the Motion For Rehearing for appellant for thirty (30) days, or until January 25, 2016, and would respectfully show the Court:

## I.

In Cause No. 09-DCR-051034, in the 240th Judicial District Court of Fort Bend County, Appellant entered a plea of not guilty, before the Jury, to the offense of Capital Murder. Tex. Penal Code §19.03(a)(7). On November 6, 2012, he was convicted and the Jury assessed his punishment, at DEATH. On November 19, 2012, appellant timely filed his written notice of appeal.

## II.

The clerk's record was filed with the Clerk of the Court on January 25, 2013. The reporter's record was filed with the Clerk of the Court on November 6, 2013. This Court issued the Opinion in this cause on December 9, 2015. Therefore, the Motion for Rehearing is originally due December 25, 2015. TEX. R. APP. P. 79.1. This is appellant's first motion for extension of time to file a Motion for Rehearing. No other extension of time to file the Motion for Rehearing has been requested or granted, and no further extensions are anticipated. This extension is not requested for the purpose of delay; but so that justice may be done. The length of time requested for this extension is thirty (30) days, or until January 25, 2016.

## III.

The facts relied upon to reasonably explain the need for this motion are that counsel has been involved in a jury trial when this Court issued the Opinion; and additional and separate appellate cases and preparations, and the review of the voluminous record in this cause, which has delayed the preparation schedule of a Motion for Rehearing in this case. Additionally, the date the Motion for Rehearing is due is December 25, 2015, directly previous to the Christmas Holidays. Thirty

2

(30) days are required for counsel to complete the research and drafting on the Motion for Rehearing.

WHEREFORE, PREMISES CONSIDERED, Appellant, Terence Tramaine Andrus, prays that the Court grant his first motion for extension of time to file the Motion for Rehearing and extend the time for filing the Motion for Rehearing for thirty (30) days, or until January 25, 2016.

Respectfully submitted,

*/S/CARY M. FADEN*
**Cary M. Faden**
**Texas Bar No. 06768725**
77 Sugar Creek Center Blvd., Suite 230
Sugar Land, Texas   77478
Telephone: (281) 491-6182
Facsimile: (281) 491-0049
**E-MAIL: caryfaden@aol.com**

Attorney for Appellant

## CERTIFICATE OF SERVICE

In accordance with TEX. R. APP. P. 9.5, I, Cary M. Faden, certify that a true and correct copy of the foregoing first motion for extension of time to file the Motion for Rehearing has been served, by U.S. Mail, upon the attorney of record for the State of Texas, the Fort Bend County District Attorney, Appellate Division, 301 Jackson Street, Room 101, Richmond, Texas 77469, on this the 17th day of December, 2015.

*/S/CARY M. FADEN*
**Cary M. Faden**

## CERTIFICATE OF COMPLIANCE, T.R.A.P., RULE 9.4(3)

In accordance with TEX. R. APP. P. 9.4(3), I Cary M. Faden, certify that this is a computer generated document and I state that the number of words in this document is approximately 643 words. I am relying on the word count of the computer program used to prepare this document.

*/s/ CARY M. FADEN*
**Cary M. Faden**